# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**GRANVILLE T. MURRELL,** :
    Petitioner :
  : No. 1:21-cv-02051
    v. :
  : (Judge Kane)
**WARDEN OF CUMBERLAND** :
**COUNTY PRISON, et al.,** :
    Respondents :

## ORDER

**AND NOW**, on this 19th day of April 2022, upon consideration of the above-captioned action, wherein Petitioner has filed a petition for a writ of habeas corpus (Doc. No. 1), and for the reasons that are set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. No. 1) is **DISMISSED** with prejudice; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania